**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOE HAND PROMOTIONS, INC.**                                                            **PLAINTIFF**

**v.**                                        **4:11CV00337-BRW**

**JOHN STACY TIDWELL, Individually
and d/b/a Robert's Sports Bar & Grill**                                              **DEFENDANT**

## ORDER

Plaintiff's Motion for Entry of Appearance *Pro Hac Vice* (Doc. No. 3) is DENIED without prejudice.

Local Rule 83.5(d) requires that attorneys not admitted to practice in the Eastern District of Arkansas "designate a member of the Bar of these Courts who maintains an office in Arkansas for the practice of law with whom the court and opposing counsel may readily communicate regarding the conduct of the case." Plaintiff does not have local counsel.

Since Plaintiff's counsel is not admitted to practice in the Eastern District of Arkansas, he is directed to either enroll with the Clerk of the Court for the Eastern District of Arkansas or obtain local counsel before refiling his motion to appear *pro hac vice*.

IT IS SO ORDERED this 31st day of May, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE