IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE HAND PROMOTIONS, INC.                                                                    PLAINTIFF

vs.                                          4:11CV00337-BRW

JOHN STACY TIDWELL, Individually
a/k/a Robert's Sports Bar and Grill                                                          DEFENDANT

## ORDER

The complaint herein was filed in this Court on April 18, 2011. Service on the defendant has not been perfected; therefore, it is,

ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure this case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 14th day of October, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

orddism.rl4.wpd